IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| EDWARD H. ALEWINE and<br>SHELLY M. ALEWINE,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICA'S SERVICING<br>COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>)     3:05cv16-T<br>)         (WO)<br>)<br>)<br>)<br>) |

ORDER

Pursuant to the stipulation of dismissal (Doc. No. 10), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of August, 2005.

　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE